## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  John L. Delp III | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | Bankruptcy No. 13-15907-ref |

### MOTION TO CONVERT CHAPTER 13 CASE TO A CHAPTER 7

John L. Delp, III, Debtor, by and through his counsel, Brenna H. Mendelsohn, Esquire, of Mendelsohn & Mendelsohn, P.C. files this Motion to Convert debtor's instant Chapter 13 Bankruptcy to a Chapter 7 Bankruptcy and in support thereof, represents the following:

1. The debtor, John L. Delp, III, filed a Petition for relief under 11 U.S.C. Chapter 13 of the Federal Code on July 2, 2013 to case number 13-15907-ref and this case is still pending before this Honorable Court.

2. The debtor seeks an Order allowing his case to be converted from a Chapter 13 to a Chapter 7 Bankruptcy.

3. The debtor feels a Chapter 7 is the more appropriate form of relief under the circumstances.

**WHEREFORE**, the debtor prays that this Honorable Court enter an Order allowing Debtors to convert their Chapter 13 case to a Chapter 7 case as it is the more appropriate form of relief under the circumstances.

Respectfully Submitted,

/s/ Brenna H. Mendelsohn
Brenna H. Mendelsohn, Esquire
Attorney for Debtors

Dated: September 18, 2014